## FOURTH DEPARTMENT, NOVEMBER, 1975

### (November 6, 1975)

■ PAUL W. THORNTON, Individually and as Parent and Natural Guardian of RONALD THORNTON, Appellant, v NIAGARA WHEATFIELD SCHOOL DISTRICT et al., Respondents. (Appeal No. 1.)—Appeal unanimously dismissed as moot in view of determination in *Thornton v Niagara Wheatfield School Dist.* (50 AD2d 707). (Appeal from judgment of Niagara Supreme Court in negligence action.) Present—Cardamone, J. P., Simons, Mahoney, Goldman and Del Vecchio, JJ.